IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01532-OES

CLINTON TEAGUE,

    Plaintiff,

v.

U.S. GOVERNMENT,
R. HOOD,
J. ZUERCHER,
L. SMITH,
M. COLLINS,
P. SCHAFFER,
P. TELITZ,
C. HOTCHKISS, and
R. STEVENS,

    Defendants.

## ORDER DISMISSING CASE

On October 6, 2005, Plaintiff Clinton Teague filed a Request with the Court titled "Re: Requesting the Voluntary Dismissal of 'Civil Actions # 05-cv-0939 and 05-cv-1532.'" In the Request, Plaintiff states that he desires to dismiss the instant action and to be relieved of his financial obligation to pay the filing fees. Accordingly, the Court will construe the Request as a Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1) and dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the

adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of October 6, 2005. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Request is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of October 6, 2005, the date Plaintiff filed the Notice in the action. It is

FURTHER ORDERED that Plaintiff's second Request for a voluntary dismissal, filed October 20, 2005, is denied as moot.

DATED at Denver, Colorado, this 24 day of Oct., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01532-OES

Clinton Teague
Reg. No. 06977-029
ADX – Florence
P.O. Box 8500
Florence, Colorado 81226-8500

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/24/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk